IN the INTEREST OF: J.R.D., J.D.D., D.M.D., A.T.D., and J.E.D.; Respondents,

Missouri Department of Social Services, Children's Division, Respondent,

v.

M.Y.D., Appellant.

WD 79861, WD 79862, WD 79862, WD 79864, and WD 79865

Missouri Court of Appeals, Western District.

ORDER FILED: May 23, 2017

Margaret Dean, Kansas City, MO, Counsel for Appellant.

Sara Harrison, Jefferson City, MO, Anastacia Adamson, Kansas City, MO, Counsel for Respondents.

Before Division Two: Thomas H. Newton, P.J., James Edward Welsh, and Karen King Mitchell, JJ.

## ORDER

Per Curiam:

M.Y.D., Mother, appeals a Jackson County juvenile court judgment terminating parental rights to five of her children. Mother challenges the sufficiency of the evidence supporting the court's decision and whether it made the findings required

---

by law; she also raises a statutory interpretation question.

We affirm. Rule 84.16(b).